1 Paul S. Sigelman, SBN 45954
433 N. Camden Drive, Suite 970
2 Beverly Hills, California 90210
(310) 278-8011 Telephone
3 (310) 278-2254 Facsimile

4 Attorney for Defendant
David Catlin and Trailerworks International, LLC

5

John M. Daley, SBN 65574
6 Law Offices of John M. Daley
95 South Market Street, Suite 300
7 San Jose, CA 95113
(408) 286-0200

8

Attorney for Plaintiff

9

10                       UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14 DART EXPRESS(SFO), Inc., a California      CASE NO. CV 09 0730 BZ
corporation
15
                                              STIPULATION AND [PROPOSED]
                          Plaintiff,          ORDER EXTENDING TIME TO PLEAD
16

17     vs.

18 CHANGZHOU NANXISHU TOOL CO.,
LTD., a company organized and existing
19 under the laws of the People's Republic of
China, TRAILERWORKS
20 INTERNATIONAL, LLC, an Oregon
Limited Liability Company, and DAVID
21 CATLIN, an individual

22                        Defendants.

23

24

25     Plaintiff Dart Express (SFO) Inc., ("Dart"), and Defendants Trailerworks International,

26 LLC, ("Trailerworks") and David Catlin hereby stipulate that response to the claim in this action

27 will be extended to May 30, 2009 on grounds that counsel for these Defendants suffered an

28 immediate loss of a loved one who passed away on Sunday, May 17, 2009 after being diagnosed
with cancer on February 14, 2009 and failure of medical treatment to arrest that condition.

*Stipulation and [Proposed] Order Extending Time to Plead*

immediate loss of a loved one who passed away on Sunday, May 17, 2009 after being diagnosed with cancer on February 14, 2009 and failure of medical treatment to arrest that condition.

It is respectfully requested that the Court grant the stipulated extension to the above date.

DATED: May 21, 2009     SIGELMAN LAW FIRM

_____
Paul S. Sigelman

DATED: May ___, 2009    LAW OFFICE OF JOHN M. DALEY

_____
John M. Daley

1 | It is respectfully requested that the Court grant the stipulated extension to the above date.

2

3 | DATED: May 21, 2009                                SIGELMAN LAW FIRM

4

5                                                                    _____
                                                                        Paul S. Sigelman
6

7

8 | DATED: May 22, 2009                               LAW OFFICE OF JOHN M. DALEY

9

10                                                                   _____
                                                                        John M. Daley
11

*Stipulation and [Proposed] Order Extending Time to Plead*

-2-

ORDER

Now therefore, in light of the foregoing stipulation Defendants Trailerworks and David Catlin are granted an extension of time until May 30, 2009 to respond to the complaint in this matter.

IT IS SO ORDERED.

Dated: _____May 28, 2009_____     _____
                                      Judge Bernard Zimmerman