UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DART EXPRESS (SFO), INC.,<br><br>           Plaintiff(s),<br><br>     v.<br><br>CHANGZHOU NANXISHU TOOL CO.,<br>LTD., et al.,<br><br>           Defendant(s). | No. C 09-730 BZ<br><br>**BRIEFING ORDER** |

Having received Trailerworks International LLC's and David Catlin's ("defendants") motion to dismiss, **IT IS HEREBY ORDERED** as follows:

1.  Plaintiff's opposition shall be filed by **June 24, 2009**;

2.  On or before that date plaintiff and all defendants shall consent or decline magistrate judge jurisdiction.  The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov;

3.  Defendants' reply, if any, shall be filed by **July 8, 2009**;

1

1      4.  A hearing is scheduled for **July 29, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:   June 2, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DART EXPRESS\BRIEFING ORDER.wpd

2