Paul S. Sigelman, SBN 45954
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210
(310) 278-8011 Telephone
(310) 278-2254 Facsimile

Attorney for Defendant
David Catlin and Trailerworks International, LLC

John M. Daley, SBN 65574
Law Offices of John M. Daley
95 South Market Street, Suite 300
San Jose, CA 95113
(408) 286-0200

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DART EXPRESS(SFO), Inc., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>CHANGZHOU NANXISHU TOOL CO., LTD., a company organized and existing under the laws of the People's Republic of China, TRAILERWORKS INTERNATIONAL, LLC, an Oregon Limited Liability Company, and DAVID CATLIN, an individual<br><br>Defendants. | **CASE NO.** C 09- 0730 BZ<br><br>STIPULATION AND [PROPOSED] ORDER VACATING AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Vacating Date:   June 8, 2009<br>Continued Date: July 29, 2009<br>Time:                  10:00 a.m.<br>Courtroom:         "G" |

    Plaintiff  Dart Express (SFO) Inc., ("Dart"),  and Defendants Trailerworks International, LLC, ("Trailerworks") and David Catlin hereby stipulate that the initial Case Management Conference presently to be heard on June 8, 2008, be vacated, and the Conference continued to

*Stipulation and [Proposed] Order Vacating and Continuing Initial CMC*

1  or set for July 29, 2009, following Hearing on the pending Motion by Trailerworks and Catlin
2  before this Court to dismiss the Complaint against these Defendants.
3       This document has been read and approved by all signatory parties, proof of which shall be
4  maintained by filing party pursuant to Court Rules.
5       It is respectfully requested that the Court grant this stipulation.

7  DATED: June 3, 2009                    SIGELMAN LAW FIRM

                                          _____
                                          Paul S. Sigelman

12 DATED: June ___ , 2009                 LAW OFFICE OF JOHN M. DALEY

                                          _____
                                          John M. Daley

*Stipulation and [Proposed] Order Vacating and Continuing Initial CMC*

-2-

**[PROPOSED] ORDER**

Now therefore, in light of the foregoing stipulation the initial Case Management Conference presently to be heard on June 8, 2008 is vacated and said conference continued to July 29, 2009 at 10:00 a.m. in Courtroom "G".

**IT IS SO ORDERED**.

Dated: _____June 5, 2009_____                                       _____
                                                                                                   Judge Bernard Zimmerman