UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DART EXPRESS (SFO), INC.,<br>      Plaintiff(s),<br>  v.<br>CHANGZHOU NANXISHU TOOL CO.,<br>LTD., et al.,<br>      Defendant(s). | No. C 09-730 BZ<br><br>**CASE MANAGEMENT ORDER** |

In conjunction with the hearing on the motion of defendants Trailerworks International, LLC and David Catlin to dismiss the first amended complaint, the Court held a case management conference. Defendant Changzhou Nanxishu Tool Co., Ltd. did not appear and service on them has not yet been effected. Plaintiff anticipates it will take several more months before service is completed in China. Under these circumstances, the Court sees no point in setting a pretrial and trial schedule. Instead, **IT IS HEREBY ORDERED** that a further case management conference is scheduled for **Monday, December 7, 2009 at**

1

**4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The Court expects that Changzhou will be served by then and directs plaintiff to advise the appropriate Chinese authorities of this date and request their cooperation in expediting service on Changzhou.

For the reasons discussed during the hearing, the Court is prepared to arrange for a settlement conference before a magistrate judge to be conducted in the fall.  In the Court's view, Changzhou needs to attend such a conference for it to be productive.  The parties are directed to use their best efforts to persuade Changzhou to attend the settlement conference without waiving its right to proper service of the summons and complaint.  If the parties are successful, they shall file a request for a settlement conference.

**IT IS FURTHER ORDERED** that the parties are free to engage in discovery.  The parties are reminded that a failure to voluntarily disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

In the event a discovery dispute arises, **lead counsel** for each party shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about

the dispute is insufficient.  The Court does not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers. The party seeking discovery shall request a conference in a letter filed electronically not exceeding two pages (with no attachments) which briefly explains the nature of the action and the issues in dispute.  Other parties shall reply in similar fashion within two days of receiving the letter requesting the conference.  The Court will contact the parties to schedule the conference.

The parties should consult Civil Local Rules 7-1 through 7-5 and this Court's standing orders regarding motion practice.  Motions for **summary judgment** shall be accompanied by a statement of the material facts not in dispute supported by citations to admissible evidence.  The parties shall file a joint statement of undisputed facts where possible.  If the parties are unable to reach complete agreement after meeting and conferring, they shall file a joint statement of the undisputed facts about which they do agree.  Any party may then file a separate statement of the additional facts that the party contends are undisputed.  A party who without substantial justification contends that a fact is in dispute is subject to sanctions.

In addition to **lodging** a Chambers copy of all papers, a

3

copy of all briefs shall be e-mailed in WordPerfect or Word format to the following address: **bzpo@cand.uscourts.gov.**

Dated:   July 30, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DART EXPRESS\CMC ORDER.wpd