John M. Daley, Esq. (SBN 065574)
**LAW OFFICES OF JOHN M. DALEY**
95 South Market Street, Suite 300
San Jose, CA 95113
Telephone: (408) 286-0200
e-mail: jdaley@johnmdaley.com

Attorneys for Plaintiff Dart Express (SFO), Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DART EXPRESS (SFO), INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CHANGZHOU NANXIASHU TOOL CO., LTD., et al.,<br><br>Defendants. | Case No. CV 09 0730 BZ<br><br>**RESPONSE TRAILERWORKS' DEFENDANTS' REQUEST TO APPEAR VIA TELEPHONE**<br><br>Conference Date: January 11, 2010<br>Conference Time: 4:00 pm |

Plaintiff Dart Express (SFO), Inc. does not object to the request by counsel for Trailerworks International, LLC and David Catlin to appear by telephone so long as it is also permitted to appear via telephone.

Plaintiff believes that a telephone conference with both counsel and the Court would be sufficient to address how this matter should proceed for the following reasons:

1. Plaintiff's Complaint alleges claims for declaratory relief, indemnity and fraud against both the Trailerworks defendants and defendant Changzhou Nanxiashu Tool Co., Ltd. (hereinafter "Changzhou Tool"), a company organized and existing under the laws of the People's Republic of China.

2. Although plaintiff complied with the requirements for serving defendant Changzhou Tool under the laws of the People's Republic of China by providing a translated version

1 of the original Complaint filed in this action with the Chinese Ministry in or around April 2009, the Ministry has not yet completed service of the Complaint upon Changzhou Tool. Although plaintiff has also provided copies of the original Complaint and of the most recent amended Complaint filed in this action directly to representatives of Changzhou Tool, including its purported President and counsel in the People's Republic of China, defendant Changzhou Tool has thus far failed to respond.

2. At or about the same time that this action was filed, defendant Changzhou Tool filed Complaints against plaintiff in the People's Republic of China and subsequently obtained judgments against plaintiff in those actions.

3. Since plaintiff has no assets in China, defendant Changzhou Tool will be unable to recover those judgments from plaintiff unless and until it either appears in this action or files a separate action to enforce those judgments in the United States.

4. As the Court can see from the record, defendant Changzhou Tool has not yet responded to the Complaint or appeared in this action.

5. So far as plaintiff is aware, defendant Changzhou Tool has taken no action to enforce the judgments it obtained in the Chinese actions against plaintiff in the United States.

6. The Court previously opined, and plaintiff agrees, that the active participation of defendant Changzhou Tool in this action is essential to the proper resolution of the issues presented in the action.

7. For the foregoing reasons, plaintiff has suggested to counsel for defendants that this action be stayed until one or the other of the following events occurs:

    a. defendant Changhzou files an Answer or otherwise appears in this action;

    b. plaintiff files a Notice or other document (e.g., a Motion for an Order Enjoining Defendant Changzhou Tool from Proceeding in Another Court) advising the Court that defendant Changzhou Tool has filed a lawsuit or otherwise taken action against it to enforce the judgments it obtained in the Chinese court;

8. Plaintiff has also suggested that, as part of the order staying the action, the parties be ordered to preserve all transactional documents and records which are relevant to this

1 lawsuit so long as the action remains pending, including documents and records requested but not yet produced, and that all outstanding objections to the failure to produce or respond to discovery be preserved.  Plaintiff has *not* insisted that the Trailerworks defendants produce financial records and other documents which were requested months ago, and which defendants indicated they would produce, even though they have thus far failed to do so.

9. Although counsel for the Trailerworks defendants indicated earlier this afternoon that his clients are prepared to agree to a stay, he has also indicated that he first wants to take the depositions of Messrs. Dean Huang and Rolando Barrera, two employees of plaintiff Dart Express (SFO), Inc.   Plaintiff believes that the action should be stayed without any further proceedings.

Dated: January 7, 2010.

**LAW OFFICES OF JOHN M. DALEY**

By _____/s/_____
John M. Daley, Esq.
Attorneys for Plaintiff Dart Express (SFO), Inc.



Counsel's request to appear by phone at status conference is **GRANTED.**

```
Counsel shall contact
CourtCall, telephonic
court appearances at
1-888-882-6878, and make
arrangements for the
telephonic conference
call.
```

**Case No. CV 09 0228 BZ:  PLAINTIFF'S RESP. TO TRAILERWORKS' DEFTS' REQ. TO APPEAR BY PHONE    -3-**